IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| USA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | 8:05cr274 |
| v. | ) | |
| ROSIO CRUZ, | ) | ORDER |
| Defendants. | ) | |

The Clerk's Office has requested that Document Number 33 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 33 from the record.

DATED this 23rd day of September, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge