# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROSIO CRUZ, )<br>)<br>Defendant. ) | 8:05CR274<br><br>ORDER |

Before the court is defendant's Motion to Continue Evidentiary Hearing [40] previously scheduled for October 25, 2005. Good cause being shown, the motion will be granted and the evidentiary hearing will be rescheduled.

IT IS ORDERED:

1. That the defendant's Motion to Continue Evidentiary Hearing [40] is granted. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

2. That the evidentiary hearing on the Motion for Relief from Joinder, Motion for Separate Trials [34] and Motion to Inspect Video and Sound Equipment [35] filed by defendant Rosio Cruz is continued to **November 15, 2005** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the court.

DATED this 24th day of October, 2005.

**BY THE COURT:**

**s/ F. A. Gossett**
**U.S. Magistrate Judge**