## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR274 |
| vs. | ) | |
| | ) | ORDER |
| ROSIO CRUZ, | ) | |
| | ) | |
| Defendant. | ) | |

A hearing on defendant's Change of Plea was held on November 29, 2005. However, the court has determined it must do further inquiry.

IT IS ORDERED that defendant's Change of Plea is set for to **December 7, 2005 at** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Defendant is to submit an Amended Petition to Enter Plea of Guilty prior to the hearing. Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the court.

DATED this 2nd day of December, 2005.

**BY THE COURT:**

s/ F. A. Gossett
**U.S. Magistrate Judge**